

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of S.L.F., a child  * From the 446th District Court
                                     of Ector County,
                                     Trial Court No. CC-24,291

No. 11-22-00114-CV                   * May 26, 2022

                                     * Per Curiam Memorandum Opinion
                                       (Panel consists of: Bailey, C.J.,
                                       Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.